**Rosalie T. JOHNSON, Evang., Plaintiff—Appellant,**

v.

**BERKELEY COUNTY SHERIFF, DE-PARTMENT AND DETENTION CEN-TER, Defendant—Appellee.**

No. 04–2033.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 17, 2004.

Decided Dec. 22, 2004.

Rosalie T. Johnson, Appellant pro se. Stephanie Pendarvis McDonald, Charleston, South Carolina, for Appellee.

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Rosalie T. Johnson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Johnson v. Berkeley County Sheriff,* No. CA–03–2846–2–23AJ (D.S.C. Aug. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*